IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:11cr00019-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| AJAMU AZIM HINTON, | ) | By: Norman K. Moon |
|    Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that the United States' motion to dismiss (Docket No. 117) is **GRANTED**; Hinton's 28 U.S.C. § 2255 motion (Docket No. 108) is **DISMISSED**; and this action is **STRICKEN** from the active docket of this court.

Further, finding that Hinton has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 8th day of December, 2014.

                                                                            */s/ Norman K. Moon*
                                                                        NORMAN K. MOON
                                                                        UNITED STATES DISTRICT JUDGE